UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PINACHIO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRAD PENNINGS, officer; THE STATE OF CALIFORNIA; and DOES 1-20,<br><br>　　　　　　　　　　　Defendant. | Civil No.　06cv0447-LAB (POR)<br><br>**NOTICE AND ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE** |

　　　　On October 25, 2006, the Court held an Early Neutral Evaluation Conference. The case did not settle. James Dunn appeared on behalf of Plaintiff and David Taglienti appeared on behalf of Defendant. After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1.　The Rule 26(f) conference shall be completed on or before **November 22, 2006**.

2.　A Discovery Plan shall be lodged with the Honorable Louisa S. Porter on or before **December 4, 2006**.

3.　Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **December 11, 2006**.

4.　A Settlement Conference shall be held on **January 3, 2007** at **10:00 a.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference with the exception of Defense

counsel's client representative who shall be available by telephone. If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

5. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED: October 25, 2006

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Larry Alan Burns
all parties

- 2 -

06cv0447