UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOHN PINACHIO, | Civil No. 06cv0447-LAB (POR) |
|---|---|
| Plaintiff, | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| v. | |
| BRAD PENNINGS, officer; THE STATE OF CALIFORNIA; and DOES 1-20, | |
| Defendant. | |

On August 20, 2007, the Court held a Mandatory Settlement Conference. The case did not settle. The Court confirms the dates in the Amended Scheduling Order filed on April 16, 2007. Further, the Court sets a settlement conference on **February 11, 2008 at 2:00 p.m.** in the chambers of the Honorable Louisa S Porter. The parties shall lodge a supplemental <u>confidential</u> settlement statements <u>directly</u> with Judge Porter's chambers via email to efile_porter@casd.uscourts.gov on or before **February 6, 2007**. The settlement statements should include a neutral factual statement of the case, identify controlling legal issues, and concisely set out issues of liability and damages, including any settlement demands and offers to date and addressing special and general damages where applicable. The settlement statements **shall not** be filed with the Clerk of the Court, nor shall they be served on opposing counsel.

All conference discussions will be informal, off the record, privileged and confidential. Mandatory settlement conferences shall not be rescheduled without a showing of good cause and adequate notice to the Court. If counsel wish to reschedule this conference, they shall contact the

Court at least 10 days prior to the conference. Absent exceptional circumstances, the Court will not reschedule this conference with less than 10 days notice. <u>Only in extreme circumstances will the Court reschedule a mandatory settlement conference with less than 24 hours notice.</u>

**IT IS SO ORDERED.**

DATED: August 22, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:       The Honorable Larry Burns
           all parties